JOHN A. OLSON
Tex. Bar No. 15274750
20634 Creek River
San Antonio TX 78259-2084
210-307-0336 Office
210-402-3924 Fax
jaolson_ccda@yahoo.com
25 September 2015

**FILED**
*September 28, 2015*
**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

Mr. Jeffrey Kyle
Clerk
Third Court Of Appeals
POB 12547
Austin TX 78711

RE:   App. Cause No. 03-15-00525-CR
      Jeremy Teak Palmer V. State
      Trial Cause No. 2013CR-250
      State v. Jeremy Teak Palmer

Dear Mr. Kyle:

Pursuant to the Court Of Appeals' directive of 28 August 2015, enclosed is a copy of the return receipt I attached to correspondence I timely-mailed to the Appellant to which I also attached complete copies of:

(1) Tex. Code Crim. Proc. 11.07,
(2) Tex. R. App. Proc. 66-72, and
(3) an 18 page 2013 Article authored by State Attorney General Lisa McMinn respecting Petitions For Discretionary Review.

Please also inform the Court that the return receipt arrived in my mail box on 24 September.

Please also inform the Court that when I later learned he was moved to another Unit (See below), I sent a duplicate package to him, CMRRR; an enclosed confirmation sheet also shows it was delivered. I have not received the return receipt as of this moment.

Please have your staff contact me if there is any comment, question, etc., about this letter and enclosures. Thanking you for your time and attention, I remain

Yours Truly,

JOHN A. OLSON

RECEIVED
SEP 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

C: File
  Mr. Jeremy Teak Palmer   Mr. Daniel Palmitier
  TDCJ-ID #2006669    Assistant District Attorney
  C/O Dominguez Unit
  6535 Cagnon Rd.
  San Antonio TX 78252
Enclosures (2, As stated)

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeremy Teak Palmer
TDCJ-ID # 2006669
c/o Garza West Unit
4250 Hwy 202
Beeville TX
78102

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  D. Frasier                    □ Agent
                                 □ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   D. Frasier                    9-3-13

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☑ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

   7011 2970 0001 8700 9062

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

082708_EM_EP13F OCT 2008

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

## UNITED STATES POSTAL SERVICE

### EXPRESS MAIL

PLEASE PRESS FIRMLY

Print postage online - Go to ( usps.com )

UNITED STATES POSTAL SERVICE®
1007

**EMS**

SAN ANTONIO, TX
78259
SEP 26, 15
AMOUNT
**$19.99**
0011284404

When used internationally affix customs declarations
(PS Form 2976, or 2976A).

### Flat Rate Mailing Envelope

UNITED STATES POSTAL SERVICE®
PRIORITY
★ MAIL ★
EXPRESS™

EK789548523US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code        ☐ 1-Day        ☐ 2-Day        ☐ Military        ☐ DPO
78259

Date Accepted (MM/DD/YY)    Scheduled Delivery Date (MM/DD/YY)    Postage
9/26/15    $

Time Accepted    11:00 ☐ AM ☐ PM    ☐ 10:30 AM ☐ 12 NOON Scheduled Delivery Time    Return Receipt Fee    $

Weight    11.00 lbs. oz.    ☐ 10:30 AM ☐ 12 NOON Insurance Fee    $ 19.99    COD Fee    $

03.2    ☐ Flat Rate    Sunday/Holiday Premium Fee    $    Live Animal Transportation Fee    $

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature    Total Postage & Fees    $ 19.99

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **3-ADDRESSEE COPY**

Please recycle.

USPS packaging products have been awarded Cradle to Cradle Certification™ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified™ is a certification mark of MBDC.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law . This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.